No. 599.   MITCHELL ET AL. *v.* WHITE CONSOLIDATED, INC.                                                                          *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals dismissing the appeal is vacated and the cause remanded to it to determine, pursuant to Rule 86 (b) of the Rules of Civil Procedure, whether the application of amended Rule 73 (a) to this particular action would work injustice. *Jay E. Darlington* for petitioners.

*Miscellaneous Orders.*

No. 40.   OKLAHOMA TAX COMMISSION *v.* TEXAS COMPANY; and

No. 41.   OKLAHOMA TAX COMMISSION *v.* MAGNOLIA PETROLEUM Co.   The request of counsel for the respondent in No. 41 to adopt the petition for rehearing in No. 40 is granted.   The petition for rehearing is denied.   In view of its contents, however, it may be added to what was said in the Court's opinion, 336 U. S. 342, that, as with all other questions of state law involved in the case, see *id.* at n. 44, insofar as the law of Oklahoma may permit the application of its taxing statutes only prospectively, nothing in this Court's opinion or decision forbids the Supreme Court of Oklahoma to apply that law to the taxes involved in this case.   Cf. *Great Northern R. Co.* v. *Sunburst Co.,* 287 U. S. 358, 364.

No. —, Original.   UNITED STATES *v.* LOUISIANA; and

No. —, Original.   UNITED STATES *v.* TEXAS.   Motion of Annie C. and Agnes E. Lewis for leave to intervene denied.